UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 MAR -2 PM 3:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | CRIMINAL NO. A10CR 136 SS |
| Plaintiff, § | **I N D I C T M E N T** |
| § | [Count 1: Disposing of a Firearm to an |
| v. § | Illegal Alien, 18 U.S.C. § 922(d)(1)(A).] |
| PAUL EDWARD COPELAND, § | |
| Defendant. § | |

### THE GRAND JURY CHARGES:

### COUNT ONE
**Disposing of a Firearm to an Illegal Alien**
**18 U.S.C. § 922(d)(1)(A)**

On or about January 16, 2010, in the Western District of Texas, the defendant,

PAUL EDWARD COPELAND

knowingly sold a firearm, that is: One (1) Star, B. Echeverria, Model BM, 9mm, semiautomatic pistol, to Hipolito Aviles, knowing and having reasonable cause to believe that Hipolito Aviles was then an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[18 U.S.C. § 922(g)(1) and subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable by 28 U.S.C. § 2461]

<u>Forfeiture Statutes Relating to Firearms</u>
[Title 18 U.S.C. § 924(d)(1)]

As a result of the foregoing criminal violation as set forth in Count One (1), which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below listed properties from DEFENDANT, PAUL EDWARD COPELAND. Said Defendant shall forfeit all right, title and interest in said properties to the United States pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 924.**
**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922 ... shall be subject to seizure and forfeiture, ...

This Notice of Demand for Forfeiture includes but is not limited to the following:

- One (1) Star, B. Echeverria, Model BM, 9mm, semiautomatic pistol, Serial No. SBM07207;
- One (1) Colt, Commander, .45 caliber, semiautomatice pistol, Serial No. 46343-LW (Copeland's personal firearm)
- One (1) Sig Sauer, Model P230SL; 9mm kurz (.380), semiautomatic pistol, Serial No. S006741;
- One (1) Bersa S.A., Model Thunder 380, .380 caliber, semiautomatic pistol, Serial No. 995876;
- One (1) Kel-Tec CNC Inc. Model P-11, 9mm semiautomatic pistol, Serial No. A1L40; and
- One (1) Charter Arms, Model The Lavender Lady, .38 Special caliber, 5 shot revolver, Serial No. 124695;

together with any ammunition and firearm accessories.

A True Bill·

Foreperson

**SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: _____
JAMES F. BOOHER
Special Assistant U.S. Attorney