**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CAUSE NO. A-10-CR-136-SS** |
| **PAUL EDWARD COPELAND** | § | |

### MOTION FOR DISCLOSURE OF CRIMES, WRONGS, OR OTHER ACTS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Paul Edward Copeland, pursuant to Rule 404(b), Federal Rules of Evidence, files this motion for disclosure of other crimes, wrongs, or acts respectfully requesting that this court grant this motion and order that the government provide the defendant reasonable notice in advance of trial of the general nature of any other crimes, wrongs, or acts it intends to introduce at trial.

The defendant asks this Court grant this motion for disclosure of other crimes, wrongs or acts.

Respectfully submitted,

/s/ Guillermo Gonzalez
Guillermo Gonzalez
State Bar No. 08126700
700 Lavaca Street, Suite 405
Austin, Texas 78701
(512) 474-8001 Telephone
(512) 474-8006 Fax
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on APRIL 16, 2010, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF system which will transmit notification of such filing to all counsel of record.

AUSA James Booher
816 Congress Ave., Suite 1000
Austin, Texas 78701

                                                               /s/ Guillermo Gonzalez
                                                              Guillermo Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CAUSE NO. A-10-CR-136-SS** |
| **PAUL EDWARD COPELAND** | § | |

## ORDER

The defendant's motion for disclosure of other crimes, wrongs or acts is:

\_\_\_\_\_ Granted.          \_\_\_\_\_ Denied.

So ordered on this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE