

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-                                                          CAUSE NO. A-10-CR-136-SS

PAUL EDWARD COPELAND

## VERDICT OF THE JURY

**Question One**

Do you find, beyond a reasonable doubt, that the defendant, Paul Edward Copeland, committed the offense of knowingly selling or otherwise disposing of a firearm to an illegal alien when he knew or had reasonable cause to believe that such a person was an illegal alien, as charged in Count One of the Indictment?

Answer "Not Guilty" or "Guilty."

Answer: _____Guilty_____

Answer no further questions.

Signed this the __29__ day of June, 2010 at __4:55__ o'clock _p_.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

1