United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Gonzalez, Guillermo Jose |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, August 25, 2010 |
| Re: | 01:10-CR-00136-SS / Doc # 54 / Filed On: 08/24/2010 07:14 PM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

---

(1) Other
   Remarks: Proposed order required.  DO NOT re-file entire document.  Please file ONLY the proposed order using the "Attachment" event from menu (located under "Other Documents") and link the proposed order to the Motion.